(SPACE BELOW FOR FILING STAMP ONLY)

1  **MARK W. COLEMAN, #117306**
   **NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant,
   DEMETRIO CORTEZ-SALGADO
6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10  * * * * * * * *

11  UNITED STATES OF AMERICA,              Case No.: 1:11-CR-00376-LJO

12      Plaintiff,
                                           **STIPULATION TO CONTINUE**
13  vs.                                    **SENTENCING**
                                           **AND O R D E R OF DENIAL**
14  DEMETRIO CORTEZ-SALGADO, et al.

15      Defendant.

16

17      **IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective

18  clients that the Sentencing hearing currently on calendar for September 3, 2013, at 8:30 a.m., be

19  continued to September 23, 2013, at 8:30 a.m., or as soon thereafter as is convenient to the court's

20  calendar.  This continuance is requested by counsel for Defendant, Demetrio Cortez Salgado, due

21  to the fact that counsel will be out of the office on September 3, 2013.

22  Dated: August 29, 2013.          Respectfully Submitted,

23                                   NUTTALL & COLEMAN

24                                   /s/ MARK W. COLEMAN

25                                   _____
                                     MARK W. COLEMAN
26                                   Attorney for Defendant

27

28

| | |
|---|---|
| Dated: August 29, 2013. | UNITED STATES ATTORNEY'S OFFICE |
| | /s/ KIMBERLY SANCHEZ |
| | KIMBERLY SANCHEZ<br>Assistant U.S. Attorney |

\* \* \* \* \* \* \*

### O R D E R

THE REQUEST IS DENIED. GOOD CAUSE FOR A CONTINUANCE HAS NOT BEEN PROVIDED TO THE COURT (I.E. WHAT THE CONFLICT IS, WHEN IT OCCURRED, ETC). IT IS SO ORDERED.

**Dated:   August 29, 2013**          /s/  Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

2